UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| LINDA OATIS | CIVIL ACTION NO.: |
| VERSUS | DISTRICT JUDGE: |
| THE RETZER GROUP, INC., RETZER RESOURCES, INC. and MICHAEL RETZER, JR. | MAGISTRATE JUDGE: |

## NOTICE OF REMOVAL

COME NOW, The Retzer Group, Inc., Retzer Resources, Inc. and Michael Retzer, Jr. ("Defendants"), who file this Notice of Removal pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441 (a) and, in accordance with the removal requirements of 28 U.S.C. § 1446 (a), shows:

I.

On or about April 2, 2020, Plaintiff, Linda Oatis (hereinafter referred to as "Plaintiff"), a resident of Mississippi filed a personal injury lawsuit against The Retzer Group, Inc., Retzer Resources, Inc. and Michael Retzer, Jr., in the 2nd Judicial District Court for the Parish of Bienville, State of Louisiana, Docket Number 45-476, entitled, "*Linda Oatis v. The Retzer Group, Inc., et al,*" which is within the district and division of this Honorable Court.[1] The lawsuit arises from a slip and fall incident at a McDonald's Restaurant which occurred on or about April 4, 2019, in Bienville Parish, Louisiana.[2]

II.

Pursuant to 28 U.S.C. 1446 (A) attached as Exhibit "B" to this notice are copies of "all processed pleadings and orders" served on Defendants in this matter.

---

[1] A copy of the Petition for Damages is attached hereto as Exhibit "A".
[2] Exhibit A, at ¶ 4.

1

III.

The United States District Court for the Western District of Louisiana, Shreveport division, is the Federal District Court embracing the place where the State Court action is pending and is thus the proper venue under 28 U.S.C. §98(c) and §1446(a).

IV.

Service of citation and a copy of the Original Petition for Damages was requested on Defendant, The Retzer Group, Inc., a citizen of Arkansas, via its registered agent for service of process in Louisiana Secretary, the C T Corporation System, and was served on or about April 27, 2020.[3]

V.

Service of citation and a copy of the Original Petition for Damages were requested on Defendant, Retzer Resources, Inc. a citizen of Mississippi and was served via the Louisiana Long Arm Statue on or about April 27, 2020.[4]

VI.

Service of citation and a copy of the Original Petition for Damages was requested on Defendant, Michael Retzer, Jr., a citizen of Arkansas, and was served via the Louisiana Long Arm Statue on or about April 27, 2020.[5]

---

[3] Exhibit "C" Long Arm Citation with notation of service date
[4] Id.
[5] Id.

VII.

The Retzer Group, Inc., the entity which owns and operates this franchise is an Arkansas Citizen. Retzer Resources, Inc., is named as an improper party which Plaintiff is currently considering dismissing as it has no relationship to the franchise in question. Michael Retzer, has been named personally without any basis for personal liability and whom plaintiff is currently considering dismissing as well.[6] Mr. Retzer is a citizen of Little Rock, Arkansas. As Plaintiff is a citizen of Mississippi and Retzer Group Inc. is a citizen of Arkansas, Defendants remove this case on the basis of this Court's original diversity jurisdiction under 28 USC sec 1332(a).

I. **REMOVAL IS PROPER BECAUSE THIS COURT HAS SUBJECT MATTER JURISDICTION PURUSANT TO 28 U.S.C. § 1332.**

VIII.

28 U.S.C. § 1332 provides federal district courts with concurrent original jurisdiction in cases "where the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between – (1) citizens of different states…."

A. **THE AMOUNT IN CONTROVERSY EXCEEDS $75,000.00**

IX.

The Fifth Circuit has explained that for purposes of establishing removal jurisdiction, a defendant may demonstrate that the amount in controversy exceeds $75,000, "in either of two ways: (1) by demonstrating that it is 'facially apparent' from the petition that the claim likely

---

[6] Exhibit "D" correspondence between counsel re: dismissal

exceeds $75,000 or (2) 'by setting forth the facts in controversy – preferably in the removal petition, but sometimes by affidavit – that support a finding of the requisite amount.'"[7]

X.

Linda Oatis original Petition alleges that on or about April 4, 2019 she was a customer at McDonald's when she was walking inside the restaurant towards the restroom when she slipped and fell after encountering a wet slippery floor with foreign substance likely water and cleaning solution.[8] She alleges various personal injuries as a result of the fall. With respect to damages, she alleges that her damages are in excess of $50,000.00, the jury threshold for Louisiana State Court.[9] Counsel for Plaintiff has as admitted in her Response to Defendant's Request for Admissions that her damages exceed $75,000.[10] Removal is proper on the basis of the amount in controversy asserted if the Court finds by preponderance of evidence that the amount in controversy exceeds $75,000 exclusive of interest and costs. 28 USC section 1446(c)(2)(B).

XI.

Plaintiff claims that she suffered injuries as a result of the subject accident and that she is entitled to the following damages: "serious injuries to her neck, shoulders, and other parts of her body, causing her to suffer "severe pain and disability"[11] as a result of the subject accident and that she is entitled to the following damages:

    a) Medical expenses - past and future;
    b) Physical pain and suffering – past and future;

---

[7] *Grant v. Chevron Phillips Chemical Co.*, 309 F.3d 864, 868 (5th Cir. 2002)(quoting *Allen v. R & H Oil & Gas Co.*, 63 F.3d 1326, 1335 (5th Cir. 1995).
[8] Exhibit A, at ¶ 4, 5.
[9] Exhibit "A", at ¶ 12.
[10] Exhibit "E".
[11] *See* Exhibit "A", ¶ 10.

4

    c) Mental pain and anguish – past and future;
    d) Physical disability;
    e) Physical disfigurement and scarring;
    f) Loss of enjoyment of life; and
    g) Other damages and losses to be shown at trial.[12]

XII.

Moreover, Plaintiff has admitted that the value of the case exceeds $75,000, exclusive of interest and costs.

**B. COMPLETE DIVERSITY EXISTS**

XIII.

Based on the information in the introductory Paragraph of the Petition for Damages, Plaintiff, Linda Oatis, is a person of the full age of majority, is domiciled in Jackson, Mississippi, and is a citizen of the State of Mississippi.[13]

XIV.

Defendant, **THE RETZER GROUP, INC.**, is an Arkansas corporation. The Retzer Group is owned 100% by Michael Retzer and it is incorporated with its principle place of business in Arkansas. Thus, **THE RETZER GROUP, INC.**, is domiciled in Arkansas.

XV.

Defendant, **RETZER RESOURCES, INC.** is a Mississippi Corporation which has no connection to this franchise and is an improper party which should be dismissed as a proper party and which the plaintiff has indicated she will dismiss.

---

[12] *Id.* at Exhibit "A", ¶ 11.
[13] *See* Exhibit "A".

5

XVI.

Defendant, **MICHAEL RETZER**, is a person of full age and majority domiciled in and a citizen of Little Rock, Arkansas. However, he has been named personally without any basis for personal liability and thus plaintiff is considering dismissal of him as well.

XVII.

There is complete diversity between the Plaintiff and the proper party Defendant, The Retzer Group, Inc. As of the date of filing of this Notice of Removal, Plaintiff has not named any other parties as Defendants.

## II. DEFENDANTS HAVE SATISFIED THE PROCEDURAL REQUIREMENTS FOR REMOVAL

XVIII.

Citation and a copy of the Original Petition for Damages was served on Retzer Group, Inc., on or about April 27, 2020.

XIX.

Citation and a copy of the Original Petition for Damages was served on Retzer Resources, Inc., on or about April 27, 2020.

XX.

Citation and a copy of the Original Petition for Damages was requested on Michael Retzer, Jr.via the Louisiana Long Arm Statute. Mr. Retzer was served on or about April 27, 2020.

XXI.

There is no other party needed to consent to the removal of this case, as all Defendants to this action consent to this removal and jointly file same.

XXII.

On July 9, 2020, Counsel for Oatis sent an email to undersigned stating that he would not sign a stipulation of case value under $75,000 because, "her (Oatis) case is worth more than $75,000." [14] On July 16, 2020, Plaintiff answered Defendants request for admissions, stating, " Plaintiff admits that her damages exceed $75,000.00."[15] Therefore, as of July 9 and July 16, 2020, Defendants knew affirmatively for the first time that this case exceeded $75,000.00 and it was thus removable to Federal Court.

XXIII.

The Notice of Removal was properly filed within thirty (30) days of this case becoming removable by notice of the case value by Plaintiff.

XXIV.

Based upon the foregoing, this is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. §1332 (a), and is one which may be removed to this Court by Defendants pursuant to 28 U.S.C. §1441; this is a civil action wherein Plaintiff's alleged damages exceed the sum of $75,000.00, exclusive of interest and costs, and the Plaintiff is diverse from the Defendants.

XXV.

In accordance with 28 U.S.C. §1446(b) and (d), Defendants will provide appropriate Notice of this Removal to the plaintiff and to the Clerk of Court for the 2nd Judicial District Court for the Parish of Bienville, State of Louisiana.

---

[14] See Exhibit "F" – email dated July 7, 2020.
[15] See Exhibit " E" – Response to Request for admissions.

XXVI

By removing this action to this Court, Defendants do not waive any defenses, objections or motions afforded to it under the applicable law.

XXVII.

No previous application has been made for the relief requested herein.

XXVIII.

The Notice of Removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure and Uniform Local Rules of the District Courts.

**JURY DEMAND**

XXIX.

Defendants are entitled to and hereby request a trial by jury on all issues herein.

**WHEREFORE**, Defendants, The Retzer Group, Inc., Retzer Resources, Inc. and Michael Retzer, Jr. pray that the action entitled: *Linda Oatis v. The Retzer Group, Inc., et al*" bearing Docket Number 45-476, pending in the 2nd Judicial District Court for the Parish of Bienville, State of Louisiana, be removed from the state court docket to the United States District Court for the Western District of Louisiana.

| | |
|---|---|
| **CERTIFICATE OF SERVICE**<br><br>I hereby certify that the foregoing pleading has been delivered to all counsel of record, either by depositing a copy of same in the United States mail, first class postage prepaid, by hand delivery, e-mail or by facsimile transmission, this 7th day of August 2020, at their last known address of record.<br><br><br>*/s/ Norman E. Anseman, III*<br>**Norman E. Anseman, III** | Respectfully submitted,<br><br> */s/ Norman E. Anseman, III*<br>**NORMAN E. ANSEMAN, III, #24943**<br>**MARGIE R. SCOTT, #38632**<br><br>Perrier & Lacoste, LLC<br>365 Canal Street, Suite 2550<br>New Orleans, Louisiana  70130<br>nanseman@perrierlacoste.com<br>mscott@perrierlacoste.com<br>Tel:  (504) 535-2588<br>Fax:  (504) 212-8825<br>**Attorneys for Defendants,**<br>**THE RETZER GROUP, INC., RETZER RESOURCES, INC. AND MICHAEL RETZER, JR.** |