To: Clerk of Court 2nd JDC    Page 3 of 6        2020-04-02 16:25:45 CDT        15046177090 From: Chenaidy Sherman Williams

RECEIVED AND FILED
Bienville Parish Clerk of Court       45476
*Sandra K. Settle*
Thursday, April 2, 2020 4:24 PM

## 2ND JUDICIAL DISTRICT COURT FOR THE PARISH OF BIENVILLE

### STATE OF LOUISIANA

NO.   **45 - 476**                                DIVISION: "   "

**LINDA OATIS**

**VERSUS**

**THE RETZER GROUP, INC., RETZER RESOURCES, INC.
and MICHAEL RETZER, JR.**

FILED: _____        _____
                                                    **DEPUTY CLERK**

### PETITION FOR DAMAGES

The petition of **LINDA OATIS**, a person of the full age of majority and domiciled Jackson, Mississippi, respectfully represents:

1.

The following are made defendant herein:

a.  **THE RETZER GROUP, INC.**, a foreign business corporation authorized and doing business in this Parish and State.

b.  **RETZER RESOURCES, INC.**, a foreign business corporation doing business in this Parish and State; and,

c.  **MICHAEL RETZER, JR.**, a person of the full age of majority domiciled in the State of Arkansas.

2.

Venue is proper in the Parish of Bienville pursuant to Louisiana Code of Civil Procedure because the incident that is the subject of this suit occurred within Bienville Parish.

3.

This Court has subject matter jurisdiction to hear the actions presented in this suit.

4.

On or about April 4, 2019, petitioner, **LINDA OATIS**, was a customer of defendants', **THE RETZER GROUP, INC.** (hereinafter sometimes referred to as **"RGI"**) and/or **RETZGER RESOURCES, INC.** (hereinafter sometimes referred to as **"RRI"**) and/or **MICHAEL RETZER, JR.'S** (hereinafter sometimes referred to as **"RETZER"**), McDonald's restaurant

# EXHIBIT A

To. Clerk of Court 2nd JDC    Page 4 of 8              2020-04-02 16:23:49 CDT         15046177090 From: Chehardy Sherman Williams

located at 1196 Hazel Street, Arcadia, Louisiana 71001. Petitioner was walking inside the restaurant toward the restroom when she encountered a wet floor in an area near the restrooms that was slippery causing her to fall and sustain injuries.

5.

Petitioner avers that the foreign substance, likely water and cleaning solution, on the floor created an unreasonably dangerous condition causing her to trip and fall.

6.

At all pertinent times herein, the premises in question were owned and/or leased and/or managed by the defendants, RGI and/or RR and/or RETZER.

7.

Defendants, RGI and/or RR and/or RETZER, had custody, control, and/or guarde of the premises in question and the foreign substance on the floor created an unreasonably dangerous condition on the premises, which the defendant knew or should have known of. Thus, RGI and/or RR and/or RETZER, are liable unto petitioner pursuant to Louisiana Civil Code Article 2317, for her damages which were occasioned by the unreasonably dangerous condition.

8.

Petitioner further avers that the defendants, RGI and/or RR and/or RETZER, were negligent in the following non-exclusive particulars:

a. Failing to give warnings of the dangerous condition;
b. Failing to properly inspect and maintain the area in question to discover the dangerous condition;
c. Failing to warn of inherent dangers associated with things under its guarde, custody, and control;
d. Failing to do what was necessary to keep the dining room area free from obstructions and safe;
e. Failing to provide a safe service area for its customers;
f. Failing to properly supervise and instruct its employees to discover, report, and remedy defects in the premises;

g. In allowing a hazardous condition or defect to exist, which presented an unreasonable risk of harm to its customers;

h. Failing to put up wet floor signs in areas of the restaurant that were recently mopped, and

i. Other acts of negligence as may be shown at the trial of this matter; such acts being in violation of the laws of the State of Louisiana and the ordinances of the Parish of Bienville, which are specially plead as if copied *in extenso*.

9.

The petitioner avers that the doctrine of *res ipsa loquitur* applies in this case in further support of her claims against the defendant.

10.

As a result of the negligence and/or fault of the above defendants, RGI and/or RR and/or RETZER, the petitioner, LINDA OATIS, sustained serious injuries to her neck, shoulder, and other parts of her body, causing her to suffer severe pain and disability as well as other damages itemized herein below.

11.

Petitioner, LINDA OATIS, avers that he suffered the following damages, to-wit:

Past and Future Medical Expenses;

Past and Future Physical Pain and Suffering;

Past and Future Mental Pain and Anguish;

Physical Disability;

Physical Disfigurement and Scarring; and

Loss of Enjoyment of Life.

12.

The petitioner further avers that the amount in controversy exceeds that which is required for a trial by jury and she desires a trial by jury on all issues.

WHEREFORE, petitioner, LINDA OATIS, prays that after all due proceedings had, there be judgment in her favor and against the defendants, THE RETZER GROUP, INC., RETZER RESOURCES, INC. and MICHAEL RETZER, JR., for such damages as are

To: Clerk of Court 2nd JDC   Page 6 of 8          2020-04-02 16:23:49 CDT          15046177090 From: Chehardy Sherman Williams

reasonable in the premises, together with legal interest thereon from the date of judicial demand until paid, for all costs of these proceedings, for all general and equitable relief, and for trial by jury.

Respectfully Submitted,

CHEHARDY, SHERMAN, WILLIAMS, MURRAY, RECILE, STAKELUM & HAYES, L.L.P.

George B. Recile, L.B.N. 11414
Preston L. Hayes, L.B.N. 29898
Ryan P. Monsour, L.B.N. 33286
Barry W. Sartin, Jr., L.B.N. 34075
One Galleria Boulevard, Suite 1100
Metairie, Louisiana  70001
Telephone:  (504) 833-5600
Facsimile:   (504) 617-7090
*Attorneys for Plaintiff, LINDA OATIS*

PLEASE SERVE:

THE RETZER GROUP, INC.
Thru its registered agent for service of process in Louisiana:
C T Corporation System
3867 Plaza Tower Drive
Baton Rouge, Louisiana 70816

RETZER RESOURCES, INC.
Via the Louisiana Long Arm Statute to:
1215 South Main Street
Greenville, MS 38701 United States

MICHAEL RETZER, JR.
Via the Louisiana Long Arm Statute to:
21 Edgehill
Little Rock, AR 72207