

received
4/27/2020
Mail

**BIENVILLE PARISH, LOUISIANA**
**SECOND JUDICIAL DISTRICT COURT**

LINDA OATIS
Vs 45476
THE RETZER GROUP INC ET AL

## LONG ARM CITATION

RETZER RESOURCES INC
1215 SOUTH MAIN ST
GREENVILLE MS 38701

You are hereby cited to comply with the demand contained in the Petition, a certified copy of which accompanies this citation, or to file your answer or other pleadings to said petition in the office of the Clerk of the Second Judicial District, in and for the Parish of Bienville, which office is located at 100 Courthouse Drive, Suite 1100, Arcadia, Louisiana 71001, within thirty (30) days after the service hereof.

Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

Witness the Honorable Judges of said Court, this April 17,2020.

JAMES W. MARTIN, CLERK OF COURT

*Sandra K. Settle*

BY:_____
Deputy Clerk

ATTEST: A true and correct copy of the original. This April 17,2020

*Sandra K. Settle*

Dy. Clerk of Court
Bienville Parish, Louisiana

ATTORNEY:
BARRY W SARTIN JR
ONE GALLERIA BLVD STE 1100
METAIRIE, LA 70001

SERVICE COPY

# **EXHIBIT B**

To: Clerk of Court 2nd JDC    Page 3 of 6    2020-04-02 16:23:45 CDT    15046177050 From: Chenalluy Sherman Williams

RECEIVED AND FILED
Bienville Parish Clerk of Court
*Sandra K. Settle*
Thursday, April 2, 2020 4:24 PM

45476

## 2ND JUDICIAL DISTRICT COURT FOR THE PARISH OF BIENVILLE

### STATE OF LOUISIANA

NO.  45 - 4 7 6                                                                  DIVISION: "   "

**LINDA OATIS**

**VERSUS**

**THE RETZER GROUP, INC., RETZER RESOURCES, INC.
and MICHAEL RETZER, JR.**

FILED: _____

_____
DEPUTY CLERK

### PETITION FOR DAMAGES

The petition of LINDA OATIS, a person of the full age of majority and domiciled Jackson, Mississippi, respectfully represents:

1.

The following are made defendant herein:

a.  THE RETZER GROUP, INC., a foreign business corporation authorized and doing business in this Parish and State.

b.  RETZER RESOURCES, INC., a foreign business corporation doing business in this Parish and State; and,

c.  MICHAEL RETZER, JR., a person of the full age of majority domiciled in the State of Arkansas.

2.

Venue is proper in the Parish of Bienville pursuant to Louisiana Code of Civil Procedure because the incident that is the subject of this suit occurred within Bienville Parish.

3.

This Court has subject matter jurisdiction to hear the actions presented in this suit.

4.

On or about April 4, 2019, petitioner, LINDA OATIS, was a customer of defendants', THE RETZER GROUP, INC. (hereinafter sometimes referred to as "RGI") and/or RETZGER RESOURCES, INC. (hereinafter sometimes referred to as "RRI") and/or MICHAEL RETZER, JR.'S (hereinafter sometimes referred to as "RETZER"), McDonald's restaurant

located at 1196 Hazel Street, Arcadia, Louisiana 71001. Petitioner was walking inside the restaurant toward the restroom when she encountered a wet floor in an area near the restrooms that was slippery causing her to fall and sustain injuries.

5.

Petitioner avers that the foreign substance, likely water and cleaning solution, on the floor created an unreasonably dangerous condition causing her to trip and fall.

6.

At all pertinent times herein, the premises in question were owned and/or leased and/or managed by the defendants, RGI and/or RR and/or RETZER.

7.

Defendants, RGI and/or RR and/or RETZER, had custody, control, and/or guarde of the premises in question and the foreign substance on the floor created an unreasonably dangerous condition on the premises, which the defendant knew or should have known of. Thus, RGI and/or RR and/or RETZER, are liable unto petitioner pursuant to Louisiana Civil Code Article 2317, for her damages which were occasioned by the unreasonably dangerous condition.

8.

Petitioner further avers that the defendants, RGI and/or RR and/or RETZER, were negligent in the following non-exclusive particulars:

a. Failing to give warnings of the dangerous condition;
b. Failing to properly inspect and maintain the area in question to discover the dangerous condition;
c. Failing to warn of inherent dangers associated with things under its guarde, custody, and control;
d. Failing to do what was necessary to keep the dining room area free from obstructions and safe;
e. Failing to provide a safe service area for its customers;
f. Failing to properly supervise and instruct its employees to discover, report, and remedy defects in the premises;

g. In allowing a hazardous condition or defect to exist, which presented an unreasonable risk of harm to its customers;

h. Failing to put up wet floor signs in areas of the restaurant that were recently mopped, and

i. Other acts of negligence as may be shown at the trial of this matter; such acts being in violation of the laws of the State of Louisiana and the ordinances of the Parish of Bienville, which are specially plead as if copied *in extenso*.

9.

The petitioner avers that the doctrine of *res ipsa loquitur* applies in this case in further support of her claims against the defendant.

10.

As a result of the negligence and/or fault of the above defendants, RGI and/or RR and/or RETZER, the petitioner, LINDA OATIS, sustained serious injuries to her neck, shoulder, and other parts of her body, causing her to suffer severe pain and disability as well as other damages itemized herein below.

11.

Petitioner, LINDA OATIS, avers that he suffered the following damages, to-wit:

Past and Future Medical Expenses;

Past and Future Physical Pain and Suffering;

Past and Future Mental Pain and Anguish;

Physical Disability;

Physical Disfigurement and Scarring; and

Loss of Enjoyment of Life.

12.

The petitioner further avers that the amount in controversy exceeds that which is required for a trial by jury and she desires a trial by jury on all issues.

WHEREFORE, petitioner, LINDA OATIS, prays that after all due proceedings had, there be judgment in her favor and against the defendants, THE RETZER GROUP, INC., RETZER RESOURCES, INC. and MICHAEL RETZER, JR., for such damages as are

reasonable in the premises, together with legal interest thereon from the date of judicial demand until paid, for all costs of these proceedings, for all general and equitable relief, and for trial by jury.

Respectfully Submitted,

CHEHARDY, SHERMAN, WILLIAMS, MURRAY, RECILE, STAKELUM & HAYES, L.L.P.

_____
George B. Recile, L.B.N. 11414
Preston L. Hayes, L.B.N. 29898
Ryan P. Monsour, L.B.N. 33286
Barry W. Sartin, Jr., L.B.N. 34075
One Galleria Boulevard, Suite 1100
Metairie, Louisiana 70001
Telephone:   (504) 833-5600
Facsimile:    (504) 617-7090
*Attorneys for Plaintiff, LINDA OATIS*

PLEASE SERVE:

THE RETZER GROUP, INC.
Thru its registered agent for service of process in Louisiana:
C T Corporation System
3867 Plaza Tower Drive
Baton Rouge, Louisiana 70816

RETZER RESOURCES, INC.
Via the Louisiana Long Arm Statute to:
1215 South Main Street
Greenville, MS 38701 United States

MICHAEL RETZER, JR.
Via the Louisiana Long Arm Statute to:
21 Edgehill
Little Rock, AR 72207

To Clerk of Court 2nd JDC   Page 7 of 6        2020-04-02 16:23:49 CDT        15046177090 From: Chehardy Sherman Williams

## 2ND JUDICIAL DISTRICT COURT FOR THE PARISH OF BIENVILLE

### STATE OF LOUISIANA

NO.   **45 - 4 7 6**                                                              DIVISION: "  "

### LINDA OATIS

### VERSUS

### THE RETZER GROUP, INC., RETZER RESOURCES, INC. and MICHAEL RETZER, JR.

FILED: __APR 0 3 2020__                            _Sandra K. Settle_
                                                                              DEPUTY CLERK

### REQUEST FOR NOTICE

NOW INTO COURT, through undersigned counsel, comes plaintiff, LINDA OATIS, who makes the following requests:

1.

Pursuant to LSA-C.C.P. Article 1572, plaintiff requests written notice ten (10) days in advance of the date fixed for the trial or hearing on any exceptions, motions or rules on the merits of the captioned matter.

2.

Pursuant to LSA-C.C.P. Articles 1913 and 1914, plaintiff requests immediate notice of all interlocutory and final orders and judgments on any exceptions, motions or rules on the merits of the captioned suit.

WHEREFORE, the premises considered, plaintiff, LINDA OATIS, requests that she be furnished with the above specified information.

Respectfully Submitted,

CHEHARDY, SHERMAN, WILLIAMS, MURRAY, RECILE, STAKELUM & HAYES, L.L.P.

_____
George B. Recile, L.B.N. 11414
Preston L. Hayes, L.B.N. 29898
Ryan P. Monsour, L.B.N. 33286
Barry W. Sartin, Jr., L.B.N. 34075
One Galleria Boulevard, Suite 1100
Metairie, Louisiana   70001
Telephone:   (504) 833-5600
Facsimile:     (504) 617-7090

# 2ND JUDICIAL DISTRICT COURT FOR THE PARISH OF BIENVILLE

## STATE OF LOUISIANA

NO.   45 - 4 7 6

DIVISION: "  "

### LINDA OATIS

### VERSUS

### THE RETZER GROUP, INC., RETZER RESOURCES, INC. and MICHAEL RETZER, JR.

FILED:   APR 0 6 2020

_Sandra K. Settle_
**DEPUTY CLERK**

## JURY ORDER

The mover for jury trial shall post a jury bond in the amount of $ _1000_ _CASH BOND_ within _due 30 days_ sixty (60) days of the signing of the order granting the jury trial. Prior to the commencement of trial, the party requesting the jury trial shall deposit the sum of $_____ cash per day _prior to trial_ for each day the trial is estimated to last.

The Clerk of Court shall return any unused portion of the jury cost deposited to the party _clerk_ responsible.

Arcadia, Louisiana, this _2nd_ day of _April_, 2020.

_____
JUDGE